**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

TIM COOK,

      Plaintiff,

vs.                                               CASE NO. 6:06-CV-1514-ORL-19KRS

LITTLE CAESARS ENTERPRISES, INC.,
d/b/a LITTLE CAESARS PIZZA,

      Defendant.

_____

ORDER

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 23, filed July 16, 2007). No objection to said Report and Recommendation was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 23) is **ADOPTED and AFFIRMED.** The Joint Motion for Approval of Settlement Agreement and Dismissal with Prejudice (Doc. No. 18, filed June 29, 2007) is **GRANTED**. The Settlement Agreement is hereby **APPROVED, except for the confidentiality provisions,** as a fair and reasonable resolution of a bona fide dispute of the FLSA issues. This case is **DISMISSED WITH PREJUDICE** and the Clerk of the Court is directed to close this file.

**DONE AND ORDERED** at Orlando, Florida, this ___31st___ day of July, 2007.

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record